# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA
# AT ERIE

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | )<br>)<br>) |
| *Plaintiff*, | )<br>) Civil Action No. 1:16-cv-00076 |
| *v.* | )<br>) **ORDER**<br>) |
| NEIL SAGERS AND DIANE SAGERS, | )<br>)<br>) |
| *Defendants*. | )<br>) |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of the record, **HEREBY ORDERS**:

1. The Court **ADOPTS** the Report and Recommendation;

2. Defendant Diane Sagers' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) is **GRANTED**;

3. This case is transferred to the United States District Court for the District of Utah; and

4. The funds on deposit with the Court Registry Investment System, in the amount of $1,007,194.71, are to be withdrawn and disbursed to the United States District Court for the District of Utah.

**IT IS SO ORDERED.**

DATED this 22nd day of November, 2016

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE